UNITED STATES TRUST COMPANY OF NEW YORK, Respondent, *v.* HELEN V. Z. ANTHONY et al., Appellants.

Submitted January 27, 1944; decided January 27, 1944.

*Eli J. Blair* for appellants.

*M'Cready Sykes* for respondent.

Motion to resettle order granted. Order resettled to provide that the motion to dismiss the appeal is granted and the appeal is dismissed, without costs.